**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LEPTON COMPUTING LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation,<br><br>Defendant. | Case No. 2:26-cv-00338-JRG |

**JOINT MOTION FOR ENTRY OF**
**<u>PROPOSED AGREED AMENDED DOCKET CONTROL ORDER</u>**

Plaintiff Lepton Computing LLC ("Lepton" or "Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (collectively, "Samsung" or "Defendants") (collectively, the "Parties") respectfully request that the Court enter the Parties' Agreed Amended Docket Control Order, attached as Exhibit 1 to this motion.

The purpose of this motion is to adjust a set of pre-trial deadlines by agreement of the Parties. The proposed Amended Docket Control Order moves the deadlines to comply with P.R. 3-3 & 3-4 (Invalidity Contentions) and to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions from November 12, 2026 to December 12, 2026. It also advances the claim construction and discovery deadlines leading up to the Claim Construction Hearing, including the exchanges and briefing under P.R. 4-1 through 4-5, the deadline to substantially complete document production and exchange privilege logs, the deadline to complete fact discovery and file motions to compel, and the expert disclosure deadlines, as

reflected in Exhibit 1. These adjustments do not alter the Claim Construction Hearing, the deadline to complete expert discovery, the dispositive and Daubert motion deadlines, the Pretrial Conference, or the July 10, 2028 trial setting, each of which remains as currently ordered.

The Court does not require a showing of good cause for the foregoing changes, with the exception of the deadlines to comply with P.R. 4-5(c) (Reply Claim Construction Brief) and P.R. 4-5(d) (Joint Claim Construction Chart), which are advanced to December 9, 2027 and December 16, 2027, respectively. The Parties respectfully submit that good cause exists for those two changes. The Parties have conferred regarding the claim construction schedule and jointly determined that advancing the Reply Claim Construction Brief and Joint Claim Construction Chart deadlines (such that those deadlines will occur sooner than under the existing schedule) will allow the Parties to complete claim construction briefing in an orderly sequence in advance of the holidays and the January 6, 2028 Claim Construction Hearing, which remains unchanged. Because these changes preserve the Claim Construction Hearing and all subsequent deadlines, the requested modifications will promote the orderly and efficient progression of the case without prejudice to any party.

For the foregoing reasons, the Parties respectfully request that the Court grant this motion and enter the Agreed Amended Docket Control Order attached as Exhibit 1.

Respectfully submitted,

Dated: October 30, 2026

*/s/ Paul J. Andre by permission Elizabeth L. DeRieux*
Paul J. Andre (CA SBN 196585)
Lisa Kobialka (CA SBN 191404)
James Hannah (CA SBN 237978)
Kristopher Kastens (CA SBN 254797)
Timothy Layden (*pro hac vice)*
BROWN RUDNICK LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065

Telephone: (669) 469-1800
Facsimile: (669) 469-1801
paul.andre@brownrudnick.com
lisa.kobialka@brownrudnick.com
james.hannah@brownrudnick.com
kristopher.kastens@brownrudnick.com
timothy.layden@brownrudnick.com

Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

*Attorneys for Plaintiff*
Lepton Computing LLC

*/s/ _ Melissa R. Smith by permission Elizabeth L. DeRieux*

Melissa R. Smith
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Sean Cunningham
**DLA Piper LLP (US)**
500 Eighth Street NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
sean.cunningham@us.dlapiper.com

*Attorneys for Defendants*
Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff met and conferred with counsel for Defendants and this motion is being filed jointly.

*/s/ Elizabeth L. DeRieux*______________________